# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Laurel Elizabeth Kuehn**
        Debtor(s)

**BK NO. 19-03721 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of FLAGSTAR BANK and index same on the master mailing list.

      Respectfully submitted,

/s/ **Rebecca A. Solarz**
Rebecca Solarz
21 Oct 2020, 15:49:02, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322