Fill in this information to identify the case:

Debtor 1    Laurel Elizabeth Kuehn

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Pennsylvania

Case number   1:19-bk-03721-HWV

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:**   **Mortgage Information**

**Name of creditor:** Nationstar Mortgage LLC        **Court claim no. (if known)** 10-2

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX4072

**Property address:**   361 C St
         Number      Street

         Carlisle        PA      17013
         City          State      ZIP Code

---

**Part 2:**   **Prepetition Default Payments**

*Check one:*

☒ Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

---

**Part 3:**   **Postpetition Mortgage Payment**

*Check one:*

☐ Creditor states that the debtor(s) are current wit all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on :    ___ / ___ / _____
                                              MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) $ | 0.00 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: *Notice of Postpetition Mortgage Fees, Expenses, and Charges filed 2/3/2020* | + (b) $ | 728.49 |
| c. **Total**. Add lines a and b. | (c) $ | 728.49 |

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:                    01 / 01 / 2025
                                  MM / DD / YYYY

---

Case 1:19-bk-03721-HWV    Doc 53    Filed 12/16/24    Entered 12/16/24 11:28:58    Desc
Main Document     Page 1 of 12

---

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs the creditor must attach an itemized payment history disclosing the following amount from the date of the bankruptcy filing through the date of this response:

☐   all payments received;

☐   all fees, costs, escrow, and expenses assessed to the mortgage; and

☐   all amounts the creditor contends remain unpaid.

---

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*:

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applied.

       <u>/s/ Roger Fay, Esq., ID No. 315987</u>       Date  <u>December 16, 2024</u>
       Signature

Print      <u>Roger Fay, Esquire</u>          Title  <u>Counsel for Creditor</u>
             First Name        Middle Name      Last Name

Company   <u>Albertelli Law</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address     <u>14000 Commerce Parkway, Suite H</u>
           Number        Street

           <u>Mount Laurel</u>       <u>NJ</u>      <u>08054</u>
           City          State      ZIP Code

Contact phone:  <u>(856) 724-1888</u>         Email: <u>rfay@alaw.net</u>

Case 1:19-bk-03721-HWV    Doc 53    Filed 12/16/24    Entered 12/16/24 11:28:58    Desc
Main Document     Page 2 of 12

# EXHIBIT A

| Filed By: | Laurel Elizabeth Kuehn 0 | | Payment Changes | |
|---|---|---|---|---|
| | | **From Date** | **To Date** | **Total Amount** |
| Case Number: | 19-03721 | 10/1/2019 | 11/1/2020 | $895.12 |
| Filing Date: | 09/03/19 | 12/1/2020 | 11/1/2021 | $904.19 |
| | | 12/1/2021 | 11/1/2022 | $912.72 |
| Payments in POC | $6,800.08 | 12/1/2022 | 11/1/2023 | $906.07 |
| First Post Due Date | 10/01/19 | 12/1/2023 | 11/1/2024 | $911.95 |
| | | 12/1/2024 | | $937.98 |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Applied (P&I and) | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | | |
| 10/15/19 | $ 891.00 | | | $ 891.00 | | | | $ 891.00 | $ 891.00 |
| 11/30/19 | $ 891.00 | 10/01/19 | $ 895.12 | $ 886.88 | | | | $ 891.00 | $ 1,782.00 |
| 12/03/19 | | | | $ 886.88 | $ 485.72 | $ 637.30 | | $ (1,123.02) | 658.98 |
| 01/06/20 | $ 900.00 | 11/01/19 | $ 895.12 | $ 891.76 | | | | $ 900.00 | $ 1,558.98 |
| 01/08/20 | | | | $ 891.76 | $ 485.72 | $ 637.30 | | $ (1,123.02) | 435.96 |
| 03/02/20 | $ 900.00 | 12/01/19 | $ 895.12 | $ 896.64 | | | | $ 900.00 | $ 1,335.96 |
| 03/04/20 | | 01/01/20 | $ 895.12 | $ 1.52 | $ 485.72 | $ 637.30 | | $ (1,123.02) | 212.94 |
| 04/27/20 | $ 2,000.00 | 02/01/20 | $ 895.12 | $ 1,106.40 | | | | $ 2,000.00 | $ 2,212.94 |
| 04/29/20 | | 03/01/20 | $ 895.12 | $ 211.28 | $ 485.72 | $ 637.30 | | $ (1,123.02) | 1,089.92 |
| 08/03/20 | $ 1,400.00 | 04/01/20 | $ 895.12 | $ 716.16 | | | | $ 1,400.00 | $ 2,489.92 |
| 08/04/20 | | | | $ 716.16 | $ 485.72 | $ 406.05 | | $ (891.77) | 1,598.15 |
| 10/26/20 | $ 1,000.00 | 05/01/20 | $ 895.12 | $ 821.04 | | | | $ 1,000.00 | $ 2,598.15 |
| 10/27/20 | | | | $ 821.04 | $ 485.72 | $ 406.05 | | $ (891.77) | 1,706.38 |
| 12/18/20 | | | | $ 821.04 | $ 485.72 | $ 406.05 | | $ (891.77) | 814.61 |
| 01/04/21 | $ 1,000.00 | 06/01/20 | $ 895.12 | $ 925.92 | | | | $ 1,000.00 | $ 1,814.61 |
| 01/05/21 | | 07/01/20 | $ 895.12 | $ 30.80 | $ 485.72 | $ 406.05 | | $ (891.77) | 922.84 |
| 01/06/21 | | | | $ 30.80 | $ 485.72 | $ 406.05 | | $ (891.77) | 31.07 |
| 01/07/21 | | | | $ 30.80 | $ 485.72 | $ 406.05 | | $ (891.77) | $ (860.70) |
| 02/17/21 | $ 600.00 | | | $ 630.80 | | | | $ 600.00 | $ (260.70) |
| 02/24/21 | | | | $ 630.80 | $ 485.72 | $ 406.05 | | $ (891.77) | $ (1,152.47) |
| 05/10/21 | $ 1,000.00 | 08/01/20 | $ 895.12 | $ 735.68 | | | | $ 1,000.00 | $ (152.47) |
| 05/11/21 | | | | $ 735.68 | $ 485.72 | $ 406.05 | | $ (891.77) | $ (1,044.24) |
| 09/27/21 | | | | $ 735.68 | $ 485.72 | $ 406.05 | | $ (891.77) | $ (1,936.01) |
| 10/25/21 | $ 1,000.00 | 09/01/20 | $ 895.12 | $ 840.56 | | | | $ 1,000.00 | $ (936.01) |
| 10/26/21 | | | | $ 840.56 | $ 485.72 | $ 406.05 | | $ (891.77) | $ (1,827.78) |
| 10/27/21 | | | | $ 840.56 | | | | $ - | $ (1,827.78) |
| 12/23/21 | | | | $ 840.56 | $ 485.72 | $ 409.40 | | $ (895.12) | $ (2,722.90) |
| 03/07/22 | $ 4,529.88 | 10/01/20 | $ 895.12 | $ 4,475.32 | | | | $ 4,529.88 | $ 1,806.98 |
| 03/07/22 | $ 10,000.00 | 11/01/20 | $ 895.12 | $ 13,580.20 | | | | $ 10,000.00 | $ 11,806.98 |
| 03/08/22 | | 12/01/20 | $ 904.19 | $ 12,676.01 | $ 485.72 | $ 409.40 | | $ (895.12) | $ 10,911.86 |
| 03/08/22 | | 01/01/21 | $ 904.19 | $ 11,771.82 | $ 485.72 | $ 409.40 | | $ (895.12) | $ 10,016.74 |
| 03/09/22 | | 02/01/21 | $ 904.19 | $ 10,867.63 | | | | $ - | $ 10,016.74 |
| 03/09/22 | | 03/01/21 | $ 904.19 | $ 9,963.44 | | | | $ - | $ 10,016.74 |
| 03/09/22 | | 04/01/21 | $ 904.19 | $ 9,059.25 | | | | $ - | $ 10,016.74 |
| 03/09/22 | | 05/01/21 | $ 904.19 | $ 8,155.06 | | | | $ - | $ 10,016.74 |
| 03/09/22 | | 06/01/21 | $ 904.19 | $ 7,250.87 | $ 485.72 | $ 409.40 | | $ (895.12) | $ 9,121.62 |
| 03/09/22 | | 07/01/21 | $ 904.19 | $ 6,346.68 | $ 485.72 | $ 409.40 | | $ (895.12) | $ 8,226.50 |
| 03/09/22 | | 08/01/21 | $ 904.19 | $ 5,442.49 | $ 485.72 | $ 409.40 | | $ (895.12) | $ 7,331.38 |
| 03/09/22 | | 09/01/21 | $ 904.19 | $ 4,538.30 | $ 485.72 | $ 409.40 | | $ (895.12) | $ 6,436.26 |
| 03/09/22 | | 10/01/21 | $ 904.19 | $ 3,634.11 | $ 485.72 | $ 409.40 | | $ (895.12) | $ 5,541.14 |
| 03/10/22 | | 11/01/21 | $ 904.19 | $ 2,729.92 | $ 485.72 | $ 409.40 | | $ (895.12) | $ 4,646.02 |
| 03/11/22 | | 12/01/21 | $ 912.72 | $ 1,817.20 | $ 485.72 | $ 418.47 | | $ (904.19) | $ 3,741.83 |
| 03/11/22 | | 01/01/22 | $ 912.72 | $ 904.48 | $ 485.72 | $ 418.47 | | $ (904.19) | $ 2,837.64 |
| 03/14/22 | | | | $ 904.48 | $ 485.72 | $ 418.47 | | $ (904.19) | $ 1,933.45 |
| 03/14/22 | | | | $ 904.48 | $ 485.72 | $ 418.47 | | $ (904.19) | $ 1,029.26 |
| 03/14/22 | | | | $ 904.48 | $ 485.72 | $ 418.47 | | $ (904.19) | $ 125.07 |
| 03/15/22 | $ 1,000.00 | 02/01/22 | $ 912.72 | $ 991.76 | | | | $ 1,000.00 | $ 1,125.07 |
| 03/16/22 | | 03/01/22 | $ 912.72 | $ 79.04 | $ 485.72 | $ 418.47 | | $ (904.19) | $ 220.88 |
| 03/23/22 | | | | $ 79.04 | $ 485.72 | $ 418.47 | | $ (904.19) | $ (683.31) |

| | | | | AO Entered on 03/24/2022 The post-petition arrearage on the movant on the Debtor's residence is $950.72, which breaks down as follows ; Fees and Costs Relating to Motion is $1038, less Suspense $87.28 Total Post-petition Arrears $950.75 Beginning on 04/01/2022 an continuing through 09/01/2022 until arrearages are cured, Debtorshall pay the present regular monthly payment of $912.72 on mortgage on or before the 1st day od each month, plus an Installment payment of $158.46 from 04/01/2022 to 08/01/2022 and $158.48 for 09/01/2022 towards the arrearages on or before the last daay of each month. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $ 79.04 | | | | $ - | $ (683.31) |
| 04/04/22 | $ 1,072.00 | 04/01/22 | $ 912.72 | $ 238.32 | | | | $ 1,072.00 | $ 388.69 |
| 04/05/22 | | | | $ 238.32 | | | | $ - | $ 388.69 |
| 05/06/22 | $ 1,072.00 | 05/01/22 | $ 912.72 | $ 397.60 | | | | $ 1,072.00 | $ 1,460.69 |
| 05/25/22 | | | | $ 397.60 | $ 485.72 | $ 418.47 | | $ (904.19) | $ 556.50 |
| 06/03/22 | $ 1,072.00 | 06/01/22 | $ 912.72 | $ 556.88 | | | | $ 1,072.00 | $ 1,628.50 |
| 06/06/22 | | | | $ 556.88 | $ 485.72 | $ 418.47 | | $ (904.19) | $ 724.31 |
| 06/07/22 | | | | $ 556.88 | $ 485.72 | $ 418.47 | | $ (904.19) | $ (179.88) |
| 07/01/22 | $ 1,072.00 | 07/01/22 | $ 912.72 | $ 716.16 | | | | $ 1,072.00 | $ 892.12 |
| 07/05/22 | | | | $ 716.16 | $ 485.72 | $ 418.47 | | $ (904.19) | $ (12.07) |
| 07/15/22 | $ 536.00 | 08/01/22 | $ 912.72 | $ 339.44 | | | | $ 536.00 | $ 523.93 |
| 07/28/22 | $ 536.00 | | | $ 875.44 | | | | $ 536.00 | $ 1,059.93 |
| 08/01/22 | | | | $ 875.44 | $ 485.72 | $ 427.00 | | $ (912.72) | $ 147.21 |
| 08/24/22 | | | | $ 875.44 | $ 485.72 | $ 427.00 | | $ (912.72) | $ (765.51) |
| 08/30/22 | $ 700.00 | 09/01/22 | $ 912.72 | $ 662.72 | | | | $ 700.00 | $ (65.51) |
| 09/09/22 | $ 372.00 | 10/01/22 | $ 912.72 | $ 122.00 | | | | $ 372.00 | $ 306.49 |
| 09/12/22 | | | | $ 122.00 | $ 485.72 | $ 427.00 | | $ (912.72) | $ (606.23) |
| 10/07/22 | $ 500.00 | | | $ 622.00 | | | | $ 500.00 | $ (106.23) |
| 10/21/22 | $ 500.00 | 11/01/22 | $ 912.72 | $ 209.28 | | | | $ 500.00 | $ 393.77 |
| 10/24/22 | | | | $ 209.28 | | | | $ - | $ 393.77 |
| 10/26/22 | | | | $ 209.28 | $ 485.72 | $ 427.00 | | $ (912.72) | $ (518.95) |
| 11/04/22 | $ 700.00 | 12/01/22 | $ 906.07 | $ 3.21 | | | | $ 700.00 | $ 181.05 |
| 11/30/22 | $ 300.00 | | | $ 303.21 | | | | $ 300.00 | $ 481.05 |
| 12/01/22 | | | | $ 303.21 | | | | $ - | $ 481.05 |
| 12/23/22 | | | | $ 303.21 | $ 485.72 | $ 427.00 | | $ (912.72) | $ (431.67) |
| 12/29/22 | $ 1,000.00 | 01/01/23 | $ 906.07 | $ 397.14 | | | | $ 1,000.00 | $ 568.33 |
| 01/04/23 | | | | $ 397.14 | $ 485.72 | $ 427.00 | | $ (912.72) | $ (344.39) |
| 01/27/23 | $ 1,000.00 | 02/01/23 | $ 906.07 | $ 491.07 | | | | $ 1,000.00 | $ 655.61 |
| 01/31/23 | | | | $ 491.07 | | | | $ - | $ 655.61 |
| 02/24/23 | $ 1,000.00 | 03/01/23 | $ 906.07 | $ 585.00 | | | | $ 1,000.00 | $ 1,655.61 |
| 03/01/23 | | | | $ 585.00 | $ 485.72 | $ 427.00 | | $ (912.72) | $ 742.89 |
| 03/10/23 | | | | $ 585.00 | $ 485.72 | $ 427.00 | | $ (912.72) | $ (169.83) |
| 03/24/23 | $ 1,000.00 | 04/01/23 | $ 906.07 | $ 678.93 | | | | $ 1,000.00 | $ 830.17 |
| 03/28/23 | | | | $ 678.93 | $ 485.72 | $ 427.00 | | $ (912.72) | $ (82.55) |
| 04/26/23 | $ 1,000.00 | 05/01/23 | $ 906.07 | $ 772.86 | | | | $ 1,000.00 | $ 917.45 |
| 05/19/23 | $ 1,000.00 | 06/01/23 | $ 906.07 | $ 866.79 | | | | $ 1,000.00 | $ 1,917.45 |
| 05/22/23 | | | | $ 866.79 | $ 485.72 | $ 420.35 | | $ (906.07) | $ 1,011.38 |
| 06/20/23 | | | | $ 866.79 | $ 485.72 | $ 420.35 | | $ (906.07) | $ 105.31 |
| 06/21/23 | | | | $ 866.79 | $ 485.72 | $ 420.35 | | $ (906.07) | $ (800.76) |
| 06/30/23 | $ 1,000.00 | 07/01/23 | $ 906.07 | $ 960.72 | | | | $ 1,000.00 | $ 199.24 |
| 07/03/23 | | 08/01/23 | $ 906.07 | $ 54.65 | $ 485.72 | $ 420.35 | | $ (906.07) | $ (706.83) |
| 07/28/23 | $ 1,000.00 | 09/01/23 | $ 906.07 | $ 148.58 | | | | $ 1,000.00 | $ 293.17 |
| 07/31/23 | | | | $ 148.58 | | | | $ - | $ 293.17 |
| 07/31/23 | | | | $ 148.58 | | | | $ - | $ 293.17 |
| 08/23/23 | | | | $ 148.58 | $ 485.72 | $ 420.35 | | $ (906.07) | $ (612.90) |
| 08/29/23 | $ 910.00 | 10/01/23 | $ 906.07 | $ 152.51 | | | | $ 910.00 | $ 297.10 |
| 08/30/23 | | | | $ 152.51 | | | | $ - | $ 297.10 |
| 09/29/23 | $ 910.00 | 11/01/23 | $ 906.07 | $ 156.44 | | | | $ 910.00 | $ 1,207.10 |
| 09/30/23 | | | | $ 156.44 | $ 485.72 | $ 420.35 | | $ (906.07) | $ 301.03 |
| 10/03/23 | | | | $ 156.44 | $ 485.72 | $ 420.35 | | $ (906.07) | $ (605.04) |
| 10/31/23 | $ 910.00 | 12/01/23 | $ 911.95 | $ 154.49 | | | | $ 910.00 | $ 304.96 |
| 11/01/23 | | | | $ 154.49 | $ 485.72 | $ 420.35 | | $ (906.07) | $ (601.11) |
| 11/30/23 | $ 915.00 | 01/01/24 | $ 911.95 | $ 157.54 | | | | $ 915.00 | $ 313.89 |
| 12/01/23 | | | | $ 157.54 | $ 485.72 | $ 420.35 | | $ (906.07) | $ (592.18) |
| 01/02/24 | $ 920.00 | 02/01/24 | $ 911.95 | $ 165.59 | | | | $ 920.00 | $ 327.82 |
| 01/03/24 | | | | $ 165.59 | $ 485.72 | $ 426.23 | | $ (911.95) | $ (584.13) |
| 01/12/24 | $ 460.00 | | | $ 625.59 | | | | $ 460.00 | $ (124.13) |
| 01/26/24 | $ 460.00 | 03/01/24 | $ 911.95 | $ 173.64 | | | | $ 460.00 | $ 335.87 |
| 01/29/24 | | | | $ 173.64 | $ 485.72 | $ 426.23 | | $ (911.95) | $ (576.08) |
| 02/22/24 | $ 920.00 | 04/01/24 | $ 911.95 | $ 181.69 | | | | $ 920.00 | $ 343.92 |
| 02/23/24 | | | | $ 181.69 | $ 485.72 | $ 426.23 | | $ (911.95) | $ (568.03) |
| 03/22/24 | $ 920.00 | 05/01/24 | $ 911.95 | $ 189.74 | | | | $ 920.00 | $ 351.97 |
| 03/25/24 | | | | $ 189.74 | $ 485.72 | $ 426.23 | | $ (911.95) | $ (559.98) |
| 04/26/24 | $ 920.00 | 06/01/24 | $ 911.95 | $ 197.79 | | | | $ 920.00 | $ 360.02 |

| Date | | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/29/24 | | | | $ 197.79 | $ 485.72 | $ 426.23 | | $ (911.95) | $ (551.93) |
| 05/30/24 | $ 920.00 | | | $ 1,117.79 | | | | $ 920.00 | $ 368.07 |
| 05/31/24 | | | | $ 1,109.74 | $ 485.72 | $ 426.23 | $ 8.05 | $ (920.00) | $ (551.93) |
| 06/03/24 | | | $ 390.08 | $ 719.66 | | | $ 390.08 | $ (390.08) | $ (942.01) |
| 06/28/24 | $ 920.00 | | | $ 1,639.66 | | | | $ 920.00 | $ (22.01) |
| 06/27/24 | | | $ 195.04 | $ 1,444.62 | | | $ 195.04 | $ (195.04) | $ (217.05) |
| 06/29/24 | | | | $ 1,444.62 | $ 485.72 | $ 426.23 | | $ (911.95) | $ (1,129.00) |
| 07/22/24 | | | $ 195.04 | $ 1,249.58 | | | $ 195.04 | $ (195.04) | $ (1,324.04) |
| 08/09/24 | $ 920.00 | 07/01/24 | $ 911.95 | $ 1,257.63 | | | | $ 920.00 | $ (404.04) |
| 08/12/24 | | 08/01/24 | $ 911.95 | $ 345.68 | $ 485.72 | $ 426.23 | | $ (911.95) | $ (1,315.99) |
| 08/28/24 | $ 920.00 | 09/01/24 | $ 911.95 | $ 353.73 | | | | $ 920.00 | $ (395.99) |
| 08/29/24 | | | | $ 353.73 | $ 485.72 | $ 426.23 | | $ (911.95) | $ (1,307.94) |
| 09/30/24 | $ 915.00 | 10/01/24 | $ 911.95 | $ 356.78 | | | | $ 915.00 | $ (392.94) |
| 10/01/24 | | | | $ 356.78 | | | | $ - | $ (392.94) |
| 10/30/24 | $ 911.95 | 11/01/24 | $ 911.95 | $ 356.78 | | | | $ 911.95 | $ 519.01 |
| 12/02/24 | $ 940.00 | 12/01/24 | $ 937.98 | $ 358.80 | | | | $ 940.00 | $ 1,459.01 |
| 12/05/24 | | | | $ 358.80 | $ 485.72 | $ 426.23 | | $ (911.95) | $ 547.06 |
| 12/05/24 | | | | $ 358.80 | $ 485.72 | $ 452.26 | | $ (937.98) | $ (390.92) |
| | | | | $ 358.80 | | | $ (749.72) | $ 749.72 | $ 358.80 |
| | | | | $ 358.80 | | | | $ - | $ 358.80 |
| | | | | $ 358.80 | | | | $ - | $ 358.80 |
| | | | | $ 358.80 | | | | $ - | $ 358.80 |
| | | | | $ 358.80 | | | | $ - | $ 358.80 |
| | | | | $ 358.80 | | | | $ - | $ 358.80 |
| | | | | $ 358.80 | | | | $ - | $ 358.80 |
| | | | | $ 358.80 | | | | $ - | $ 358.80 |
| | | | | $ 358.80 | | | | $ - | $ 358.80 |
| | | | | $ 358.80 | | | | $ - | $ 358.80 |
| | | | | $ 358.80 | | | | $ - | $ 358.80 |
| | | | | $ 358.80 | | | | $ - | $ 358.80 |

No corp advance

| | System Fees & Costs | | | | Discharge Adjustments | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Description | Amount | Transaction date | Claim Type | Amount Claimed | Applied Contractually | Amount remaining | Amount applied | Amount moved to BL | Amount Collectible |
| 2B | ABLGA-BK/MFR Fee | $ (8.05) | 11/8/2024 | Amount Zeroed | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (8.05) | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (195.04) | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (8.93) | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (147.17) | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (116.10) | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (100.72) | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (850.00) | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 250.00 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 300.00 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 250.00 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 8.05 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 8.05 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 195.04 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 8.93 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 147.17 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 116.10 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 100.72 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 850.00 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (250.00) | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (300.00) | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (250.00) | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 8.05 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 8.05 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 195.04 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 8.93 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 147.17 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 116.10 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 100.72 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ 850.00 | 11/8/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (250.00) | 11/7/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (300.00) | 11/7/2024 | PPFN | | | | | | |
| 2B | ABLGA-BK/MFR Fee | $ (250.00) | 11/7/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 728.49 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (480.95) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (195.04) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (390.08) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (424.69) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (160.43) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (390.08) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (390.08) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (413.82) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (1,770.68) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 100.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 2.05 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 4.15 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 2.05 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 0.50 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 100.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 4.15 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 4.15 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 85.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 250.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (65.04) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 5.46 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 5.46 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 1.90 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 1.90 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 250.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 0.50 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 4.15 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 2,500.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 470.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 120.50 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 100.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 705.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 470.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 470.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (65.00) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (185.00) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (9.50) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 9.50 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 250.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (115.75) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (1,610.00) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 100.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 100.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 470.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 470.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 115.75 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 470.00 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ (728.49) | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 480.95 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 195.04 | 11/8/2024 | PPFN | | | | | | |
| 2F | AFLGA-FC Fee | $ 195.04 | 11/8/2024 | PPFN | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2F | AFLGA-FC Fee | $ 390.08 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 424.69 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 160.43 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 390.08 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 390.08 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 390.08 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 413.82 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 1,770.68 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (100.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (2.05) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (4.15) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (2.05) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (0.50) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (100.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (4.15) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (4.15) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (4.15) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (85.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (250.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 65.04 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (5.46) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (5.46) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (1.90) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (1.90) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (250.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (0.50) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (4.15) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (2,500.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (120.50) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (100.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (705.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 65.00 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 185.00 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 9.50 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (9.50) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (250.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 115.75 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 1,610.00 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (100.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (100.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (115.75) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (728.49) | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 480.95 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 195.04 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 195.04 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 390.08 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 424.69 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 160.43 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 390.08 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 390.08 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 390.08 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 413.82 | 11/8/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 1,770.68 | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (100.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (2.05) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (4.15) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (2.05) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (0.50) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (100.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (4.15) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (4.15) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (4.15) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (85.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (250.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 65.04 | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (5.46) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (5.46) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (1.90) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (1.90) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (250.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (0.50) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (4.15) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (2,500.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (120.50) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (100.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (705.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 65.00 | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 185.00 | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 9.50 | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (9.50) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (250.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 115.75 | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ 1,610.00 | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (100.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (100.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (115.75) | 11/7/2024 | PPFN | | | | | |
| 2F | AFLGA-FC Fee | $ (470.00) | 11/7/2024 | PPFN | | | | | |
| 2T | CFLGA-Eviction Costs | $ 75.00 | 11/8/2024 | Amount Zeroed | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2T | CFLGA-Eviction Costs | $ | 28.50 | 11/8/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | 36.50 | 11/8/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | (45.00) | 11/8/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | 28.50 | 11/8/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | 36.50 | 11/8/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | (75.00) | 11/8/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | (28.50) | 11/8/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | (36.50) | 11/8/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | 45.00 | 11/8/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | (36.50) | 11/8/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | (36.50) | 11/8/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | 75.00 | 11/7/2024 | PPFN |
| 2T | CFLGA-Eviction Costs | $ | (28.50) | 11/7/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | (16.50) | 11/7/2024 | Amount Zeroed |
| 2T | CFLGA-Eviction Costs | $ | 45.00 | 11/7/2024 | PPFN |
| 2T | CFLGA-Eviction Costs | $ | (28.50) | 11/7/2024 | PPFN |
| 2T | CFLGA-Eviction Costs | $ | (16.50) | 11/7/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | (20.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (20.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 20.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 20.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (20.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 20.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 20.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | (24.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (24.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (36.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (60.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (96.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (492.00) | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 75.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 15.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 15.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 75.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 15.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 15.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 15.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 15.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 75.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 15.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 15.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 20.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 20.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (20.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (20.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 20.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (20.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (20.00) | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 24.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 24.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 36.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 60.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |

| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 96.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 492.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (75.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 15.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 75.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (75.00) | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 20.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 20.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (20.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (20.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 20.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (20.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (20.00) | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | 24.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 12.00 | 11/8/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 24.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 36.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 60.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 96.00 | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/8/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | 492.00 | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | PPFN |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (75.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (12.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (75.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (75.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/7/2024 | Amount Zeroed |
| E2 | OOAPA-Prop Insp | $ | (15.00) | 11/7/2024 | PPFN |
| TL | ZZTLA-TITLE LIEN SEA | $ | 75.00 | 11/8/2024 | Amount Zeroed |

| | | | | |
|----|--------------------|-----------|-----------|---------------|
| TL | ZZTLA-TITLE LIEN SEA | $ (400.00) | 11/8/2024 | Amount Zeroed |
| TL | ZZTLA-TITLE LIEN SEA | $ 75.00 | 11/8/2024 | Amount Zeroed |
| TL | ZZTLA-TITLE LIEN SEA | $ 325.00 | 11/8/2024 | Amount Zeroed |
| TL | ZZTLA-TITLE LIEN SEA | $ (75.00) | 11/8/2024 | Amount Zeroed |
| TL | ZZTLA-TITLE LIEN SEA | $ 400.00 | 11/8/2024 | Amount Zeroed |
| TL | ZZTLA-TITLE LIEN SEA | $ (75.00) | 11/8/2024 | Amount Zeroed |
| TL | ZZTLA-TITLE LIEN SEA | $ (325.00) | 11/8/2024 | Amount Zeroed |
| TL | ZZTLA-TITLE LIEN SEA | $ (75.00) | 11/7/2024 | Amount Zeroed |
| TL | ZZTLA-TITLE LIEN SEA | $ 400.00 | 11/7/2024 | Amount Zeroed |
| TL | ZZTLA-TITLE LIEN SEA | $ (75.00) | 11/7/2024 | PPEN |
| TL | ZZTLA-TITLE LIEN SEA | $ (325.00) | 11/7/2024 | Amount Zeroed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Laurel Elizabeth Kuehn,

        Debtor,

        Bankruptcy No. 1:19-bk-03721-HWV

        Chapter 13

Nationstar Mortgage LLC,

        Secured Creditor,

Laurel Elizabeth Kuehn,

        Debtor / Respondent,

and

Jack N Zaharopoulos,

        Trustee / Respondent.

## CERTIFICATION OF SERVICE

    Roger Fay, Esquire counsel for Nationstar Mortgage LLC, hereby certifies that a copy of the RESPONSE TO NOTICE OF FINAL CURE PAYMENT was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on December 16, 2024, addressed as follows:

| | |
|---|---|
| Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>*via electronic transmission and regular mail* | Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011<br>*via electronic transmission and regular mail* |
| Laurel Elizabeth Kuehn<br>361 C Street<br>Carlisle, PA 17013<br>*via regular mail* | |

ALBERTELLI LAW

DATED: December 16, 2024

By: /s/ Roger Fay, Esq., ID No. 315987
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054
rfay@alaw.net
(856) 724-1888
Attorneys for Secured Creditor