United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                  Case No. 19-03721-HWV

Laurel Elizabeth Kuehn                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5337490 | Email/Text: servicingmailhub@flagstar.com | Dec 18 2024 18:48:00 | FLAGSTAR BANK, FSB, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Flagstar Bank  FSB blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Flagstar Bank  FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Flagstar Bank  FSB pamb@fedphe.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Laurel Elizabeth Kuehn pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net |
| Thomas Song | |

on behalf of Creditor Flagstar Bank  FSB tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-03721-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Laurel Elizabeth Kuehn
361 C Street
Carlisle PA 17013

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/17/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: FLAGSTAR BANK, FSB, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098 | Nationstar Mortgage LLC<br>P.O Box 619096<br>Dallas, TX 75261-9741<br>Nationstar Mortgage LLC<br>P.O Box 619096<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/20/24

Terrence S. Miller
**CLERK OF THE COURT**