United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 19-03721-HWV
Laurel Elizabeth Kuehn     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 26, 2025     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

**Recip ID**     **Recipient Name and Address**
db     + Laurel Elizabeth Kuehn, 361 C Street, Carlisle, PA 17013-1832

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Flagstar Bank FSB blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Flagstar Bank FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Flagstar Bank FSB pamb@fedphe.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Laurel Elizabeth Kuehn pmurphy@dplglaw.com kgreene@dplglaw.com |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net |

Case 1:19-bk-03721-HWV    Doc 59    Filed 02/28/25    Entered 03/01/25 00:26:01    Desc
Imaged Certificate of Notice    Page 1 of 3

Thomas Song          on behalf of Creditor Flagstar Bank FSB tomysong0@gmail.com

United States Trustee          ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

In re:

| | | |
|---|---|---|
| Laurel Elizabeth Kuehn, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19−bk−03721−HWV |

Social Security No.:
          xxx−xx−9123

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

          Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 26, 2025

**fnldec** (01/22)